■ BOARD OF EDUCATION OF THE CITY OF BUFFALO, Respondent, v BUFFALO TEACHERS FEDERATION, INC., Appellant.—Order unanimously affirmed, with costs, on the opinion at Special Term, Kasler, J. (Appeal from order of Erie Supreme Court—arbitration.) Present—Dillon, P. J., Cardamone, Doerr, Witmer and Moule, JJ.